# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

————————

No. 13-40519
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
April 30, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

ALEJANDRO CONTRERAS-MENESES, also known as Alejandro Contreras-Ramirez,

Defendant-Appellant

————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:12-CR-1035-1

————————————————

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Alejandro Contreras-Meneses has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011).    Contreras-Meneses has not filed a response.    We have reviewed counsel's brief and the relevant portions of the record reflected

———————

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 13-40519

therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.